THE ASTORIA HEIGHTS LAND COMPANY et al., Appellants, *v.* THE CITY OF NEW YORK, Respondent.

ALFRED BRIDGEMAN et al., Appellants, *v.* THE CITY OF NEW YORK, Respondent.

*Astoria Heights L. Co.* v. *City of New York,* 89 App. Div. 512, affirmed.
*Bridgeman* v. *City of New York,* 89 App. Div. 627, affirmed.
(Argued October 10, 1904; decided October 25, 1904.)

APPEALS from judgments of the Appellate Division of the Supreme Court in the second judicial department, entered February 13, 1904, affirming judgments in favor of defendant entered upon the report of a referee.

*Hector M. Hitchings* for appellants.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *George L. Sterling* of counsel), for respondent.

Judgments affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ. Absent: HAIGHT, J.